Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DACARI SPIERS )
) Case No: 3:20-cv-01357
                    Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
CITY AND COUNTY OF SAN ) (CIVIL LOCAL RULE 11-3)
FRANCISCO; and DOES 1-50 )
                    Defendant(s). )

I, Jamir Davis, an active member in good standing of the bar of Kentucky, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dacari Spiers in the above-entitled action. My local co-counsel in this case is Micharl Seville, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 106 Winding Way Unit C<br>Covington, KY 41011 | 3330 Geary Blvd. 3rd Floor, East<br>San Francisco, CA 94118 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (859) 750-5033 | (415) 324-8733 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Jdavislawky@gmail.com | Micharl@Sevillebriggs.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 98041.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/01/20

                                                                Jamir Davis
                                                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jamir Davis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER