# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J. Stephen Smith
President

Thomas N. Kerrick
President-Elect

J.D. Meyer
Vice President

Douglas C. Ballantine
Immediate Past President

Zachary A. Horn
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

*JAMIR ANREE DAVIS*
*106 Winding Way, Unit C*
*Covington, Kentucky 41011*

*Membership No. 98041*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 3rd day of March, 2020.*

*JOHN MEYERS*
*REGISTRAR*

By: *Michele M. Pogrotsky, Deputy Registrar*

