Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS<br><br>Plaintiff(s),<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50<br><br>Defendant(s). | Case No: 3:20-cv-01357<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jamir Davis, an active member in good standing of the bar of Kentucky, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dacari Spiers in the above-entitled action. My local co-counsel in this case is Micharl Seville, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
106 Winding Way Unit C
Covington, KY 41011

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
3330 Geary Blvd. 3rd Floor, East
San Francisco, CA 94118

MY TELEPHONE # OF RECORD:
(859) 750-5033

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 324-8733

MY EMAIL ADDRESS OF RECORD:
Jdavislawky@gmail.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
Micharl@Sevillebriggs.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 98041.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/01/20

Jamir Davis
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jamir Davis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 13, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE

GRANTED
Judge Jacqueline Scott Corley

PRO HAC VICE APPLICATION & ORDER