DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3888
Facsimile:    (415) 554-3837
E-Mail:       raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACARI SPIERS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE,<br><br>  Defendants. | Case No. 20-CV-01357-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (N.D. Cal. L.R. 6-1(a), 6-1(b), and 6-2); PROPOSED ORDER** |
|---|---|

Pursuant to Civil Local Rule 6-1(b) and 6-2, the parties, Plaintiff Dacari Spiers ("Plaintiff") and Defendant City and County of San Francisco ("Defendant"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint ("Complaint"). The parties state as follows:

 1.    Plaintiff's Complaint was filed on February 24, 2020;

2. On March 11, 2020, the City Attorney's Office received by certified mail a copy of the summons and the complaint, making April 1, 2020, the deadline for Defendant to answer or otherwise respond to the Complaint;

3. Deputy City Attorney Raymond R. Rollan was assigned this matter on March 4, 2020;

4. On February 25, 2020, San Francisco Mayor London Breed issued a Proclamation by the Mayor Declaring the Existence of a Local Emergency under Sections 8550, et seq. of the Government Code, Section 3.100(13) of the San Francisco Charter, and Chapter 7 of the San Francisco Administrative Code, establishing the existence of an emergency within the City and County of San Francisco due to the ongoing spread of COVID-19.  On March 4, 2020, California Governor Gavin Newsom issued a Proclamation of a State of Emergency under Section 8625 of the California Government Code and the California Emergency Services Act, establishing the existence of a state of emergency throughout California due to COVID-19.  On March 11, 2020, the Health Officer of the City and County of San Francisco declared that there is an imminent and proximate threat to public health from the introduction of COVID-19 in the City and County of San Francisco.  Measures instituted by private and government entities to protect public health and limit the spread of COVID-19 include the suspension of work and the temporary closure of offices.

Consistent with other measures designed to protect public health and contain the pandemic, on March 15, 2020, San Francisco City Attorney Dennis Herrera directed employees to telework, effective March 16, 2020 until further notice.

5. Defendants are still in the process of gathering and reviewing pertinent records in order to fully evaluate the claims raised in the Complaint;

6. Pursuant to Local Rule 6-1(a), the parties have conferred and agree to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint by approximately 30 days from the current deadline of April 1, 2020 to May 1, 2020;

7. No prior extensions of time have been requested or granted.

8. This stipulation does not impact the deadlines set forth in the Court's February 25, 2020 Order Setting Initial Case Management Conference and ADR Deadlines.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendants will have until May 1, 2020 to respond to Plaintiff's complaint.

**SO STIPULATED.**

Dated:  March 30, 2020

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        RAYMOND R. ROLLAN
        Deputy City Attorney

By: */s/ Raymond R. Rollan*
     RAYMOND R. ROLLAN

     Attorneys for Defendant
     CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 30, 2020

By: */s/ Jamir Davis*
     JAMIR DAVIS

By: */s/ Michael Seville*
     MICHAEL RYAN SEVILLE

By: */s/ Curtis L. Briggs*
     CURTIS L. BRIGGS

     Attorneys for Plaintiff
     Dacari Spiers

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant is to answer or otherwise respond to Plaintiff's Complaint by May 1, 2020.

DATED:

                                                   Hon. Jacqueline Scott Corley
                                                 United States Magistrate Judge

INSERT ABBREV DOC NAME                 3                 n:\litigation\rrollan\litigation\litigation\active\spiers v.
CASE NO. 20-CV-01357-JSC                               ccsf\stipulation to extend time to respond to complaint.docx