1  JAMIR DAVIS, Esq. SBN 98041 – Pro Hac vice
   **J. DAVIS LAW FIRM, PLLC**
2  106 Winging Way Unit c
   Covington, KY 41011
3  Tele: 859-750-5033
4  jdavislawky@gmail.com

5  MICHAEL R. SEVILLE, Esq. SBN 278164
   CURTIS L. BRIGGS, Esq. SBN 284190
6  **SEVILLE BRIGGS, LLP**
7  3330 Geary Blvd. 3rd Floor, East
   San Francisco, CA 94118
8  Tele: 415-324-8733
   michael@sevillebriggs.com
9  curtis@sevillebriggs.com
10

11 Attorneys for plaintiff
12
13
14                    **UNITED STATE DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| DACARI SPIERS, | CASE NO: 3:20-cv-01357-JSC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50 individually and in official capacities as police officers for the City and County of San Francisco, inclusive. | |
| Defendant. | |

IT IS HEREBY STIPULATED (and respectfully requested) by and between Plaintiff and Defendants, Mr. Spiers and City and County of San Francisco, respectively, by and through their

designated counsel, that Judge Corley ORDER a Settlement Conference with Judge Spero as the parties wish to attempt to settle this matter.

Good cause exists for this request as both parties have exchanged information and evidence and both parties agree that they are in a position to participate in a meaningful and productive Settlement Conference and attempt to resolve the allegations contained in the Complaint.

Therefore, all parties stipulate and respectfully request the Court grant the Order scheduling a Settlement Conference between August 10, 2020 and August 21, 2020, according to Judge Spero's availability. **IT IS SO AGREED.**

Date: July 14, 2020                                              Law Office of Jamir Davis

                                                                                                            _/s/_ Jamir Davis_____
                                                                                                            Jamir Davis
                                                                                                            Attorney for Plaintiff

Date: July 14, 2020                                              Seville Briggs, LLP

                                                                                                      /s/_Michael R. Seville_____
                                                                                                      Michael Seville
                                                                                                      Attorney for Plaintiff

Date: July 14, 2020                                              City and County of San Francisco

                                                                                  _/s/_ Raymond Rollan_____
                                                                                  Raymond Rollan
                                                                                  Attorney for Defendant