UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50 individually and in official capacities as police officers for the City and County of San Francisco, inclusive.<br><br>　　　　　Defendant. | CASE NO: 3:20-cv-01357-JSC<br><br>**[PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

　　　Good cause having been shown, the court hereby orders that a settlement conference be scheduled with Judge Spero between August 10, 2020 and August 21, 2020, according to Judge Spero's availability.

**IT IS SO ORDERED.**

Dated: July ___, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the United States District Court