1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DACARI SPIERS,

        Plaintiff,

        v.

CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50 individually and in official capacities as police officers for the City and County of San Francisco, inclusive.

        Defendant.

CASE NO: 3:20-cv-01357-JSC

**[PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE**

Good cause having been shown, the court hereby orders that a settlement conference be scheduled with Judge Spero between August 10, 2020 and August 21, 2020, according to Judge Spero's availability.

**IT IS SO ORDERED.**

Dated: July _15_, 2020

Hon. Jacqueline Scott Corley
Magistrate Judge of the United States District Court

1
Stipulation and [Proposed] Order Scheduling Settlement Conference
*SPIERS V. CITY AND COUNTY OF SAN FRANCISCO; DOES 1-50: 3:20-cv-01357-JSC*