UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 20-cv-01357-JSC (JCS)

**Case Name:** Spiers v. City and County of San Francisco

**Date:** July 21, 2020     **Time:** 30 M

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Jamir Davis, Curtis Briggs
**Attorney for Defendant:** Raymond Rollan

## ZOOM PROCEEDINGS

( )   Settlement Conference

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Settlement Conference

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

(X)   Zoom Scheduling Conference to set Settlement Conference – Held.

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Settlement Conference, by Zoom, set for 8/13/2020 at 10:00 AM. Court to issue Settlement Conference Order.