**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 20-cv-01357-JSC (JCS)

**Case Name:** Spiers v. City and County of San Francisco

**Date:** August 13, 2020                **Time:** 3 H

**Deputy Clerk:** Karen Hom              **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Curtis Briggs, Jamir Davis, Michael Seville
**Attorney for Defendant:** Raymond Rollan

**ZOOM PROCEEDINGS**

( X )   Zoom Settlement Conference -Held

       ( ) Case Settled       ( X ) Case Did Not Settle      ( ) Partial Settlement

(  )   Further Zoom Settlement Conference

       ( ) Case Settled       ( ) Case Did Not Settle         ( ) Partial Settlement

(  )   Zoom Scheduling Conference to set Settlement Conference

(  )   Further Zoom Settlement Conference

(  )   Discovery Conference – Lead Trial Counsel Meet and Confer

(  )   Zoom Status Conference

(  )   Other

**Notes:**   Parties to contact the court when they want another settlement conference.
Parties in attendance: Plaintiff: Dacari Spiers. Defendant: Lt. Andy Cox