**Gmail**

Jamir Davis &lt;jdavislawky@gmail.com&gt;

**Challenge of Confidentiality**
1 message

**Jamir Davis** &lt;jdavislawky@gmail.com&gt;　　　　　　　　　　　　　　　　　　　　　　　　　　Mon, Nov 2, 2020 at 4:17 PM
To: "Rollan, Raymond (CAT)" &lt;Raymond.Rollan@sfcityatty.org&gt;, Michael Seville &lt;michael@sevillebriggs.com&gt;, Curtis Briggs &lt;curtis@sevillebriggs.com&gt;

Counsel,

Per our conversation today please our first challenge of confidentiality. I will be sending a second request later today.

--

Sincerely,

Jamir Davis, Esq.

J.Davis Law Firm, PLLC

P.O. Box 122123

Covington, KY 41011

(859) 750-5033

Jdavislawky@gmail.com

www.Jdavislawky.com

 Sender notified by
Mailtrack

📎 CONFIDENTIALITY CHALLENGE DS.pdf
122K