

November 2, 2020

**VIA EMAIL**

Raymond.Rollan@sfcityatty.org

**RE: CONFIDENTIALITY DESIGNTATION- SPIRES v. CCSF**

Counsel,

This is formal notice that Plaintiff in the abovementioned matter is challenging the confidentiality designation of body worn camera footage. As you are aware once a challenge is made "the plaintiff need not provide that the designation is inappropriate. Rather, the defendants must show good cause of it to remain." Gonzalez v. City of San Jose Case No. 19 -cv-08195-NC at *4(N.D. Cal. Jul. 31, 2020)  Furthermore, recent case law has shown that the body camera footage should in fact be released because the public's interest in alleged civil rights violations of its police department is, if anything, even stronger today. *Id at 7*

**Plaintiff therefore challenges the designation of the items listed below:**

- Body Worn Camera Footage of all officers at the scene of incident on October 6, 2019.
- Body Worn Camera Footage of all officers at St. Francis Memorial Hospital on October 10, 2019.

Please contact me if you have any questions or wish to discuss this matter further. My direct dial is listed below.

Sincerely,

J. Davis
P.O. Box 122123
Covington, KY 41011
(859) 750-5033
Jdavislawky@gmail.com