**Rollan, Raymond (CAT)**  Thu, Nov 12, 12:04 PM
to me

Hi Jamir,

Our office was closed yesterday due to Veteran's Day. Are you available to meet and confer today?

Thank you,

 Raymond R. Rollan
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3888 Direct
www.sfcityattorney.org

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

2 Attachments

 

 **Jamir Davis** <jdavislawky@gmail.com>  Thu, Nov 12, 3:49 PM
to Raymond

Counsel,

I will be available for the next hour and a half.