Jamir Davis <jdavislawky@gmail.com>

**Informal Discovery Request**

Rollan, Raymond (CAT) <Raymond.Rollan@sfcityatty.org>   Mon, Jun 1, 2020 at 2:33 PM
To: Jamir Davis <jdavislawky@gmail.com>
Cc: "curtis@sevillebriggs.com" <curtis@sevillebriggs.com>, Michael Seville <michael@sevillebriggs.com>

Counsel,

This acknowledges receipt of your requests. As Judge Corley mentioned during our CMC, these documents will be produced pursuant to a protective order.

To that end, I have prepared the attached Stipulated Protective Order, modeled after the Northern District of California's Model Protective Order. We have not made any changes to the model.

Please review and let me know if you approve for filing.

Thank you,



Raymond R. Rollan
Deputy City Attorney
Office of City Attorney Dennis Herrera

(415) 554-3888 Direct

www.sfcityattorney.org

Find us on: Facebook Twitter Instagram

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. It you are not the intended recipient, please contact the sender and destroy all copies of the communication.