1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RAYMOND R. ROLLAN, State Bar #304548
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3888
6  Facsimile:     (415) 554-3837
   E-Mail:        raymond.rollan@sfcityatty.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  DACARI SPIERS,                        Case No. 20-CV-01357-JSC

14        Plaintiffs,                     **[PROPOSED] ORDER GRANTING MOTION
                                          TO VACATE THE TRIAL DATE AND STAY
15        vs.                             THE CIVIL PROCEEDING**

16  CITY AND COUNTY OF SAN                Hearing Date:    January 21, 2021
    FRANCISCO; AND DOES 1-50              Time:            9:00 a.m.
17  INDIVIDUALLY AND IN OFFICIAL          Place:           Zoom
    CAPACITIES AS POLICE OFFICERS FOR
18  THE CITY AND COUNTY OF SAN
    FRANCISCO, INCLUSIVE,
19
          Defendants.
20

21

22

23

24

25

26

27

28

1    The Court having considered the submissions, and good cause having been shown,

2    Defendant's Motion to Vacate the Trial Date and Stay The Civil Proceeding is hereby GRANTED.

3    The current trial date is vacated and the matter is stayed.

4    IT IS SO ORDERED.

5    Dated:

6

7    _____
     Jacqueline Scott Corley
8    Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28