DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3888
Facsimile:    (415) 554-3837
E-Mail:       raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACARI SPIERS, | Case No. 20-CV-01357-JSC |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND FACT DISCOVERY CUTOFF DATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE, | |
| Defendants. | |

WHEREAS Plaintiff DACARI SPIERS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), through their respective counsel have met and conferred;

WHEREAS, the parties need additional time to complete discovery, including production of records pertaining to twenty-four (24) San Francisco Police Department Officers, production of a District Attorney's Office file, production of San Francisco Municipal Transit Authority video, conducting depositions, and resolving discovery related disputes;

WHEREAS, on December 14, 2020, the District Attorney's Office filed criminal charges against San Francisco Department Police Officer Terrance Stangel;

WHEREAS, on December 17, 2020, Defendant filed a motion to vacate the trial date and stay the civil proceeding;

WHEREAS, the Court's Pretrial Scheduling Order (ECF No. 19) sets January 11, 2021 as the fact discovery cutoff date;

WHEREAS. the hearing on the motion to vacate trial date and stay the civil proceeding is set for January 21, 2021, past the January 11, 2021 fact discovery cutoff date;

WHEREAS, the parties met and conferred regarding the above and agree that a one-and-a-half-month continuance of the fact discovery cutoff date is necessary to allow the parties to continue discovery, brief the issues and allow the Court to hear the motion to vacate trial date and stay the civil proceeding, and issue a ruling on the motion before the close of fact discovery;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their attorneys of record, that the fact discovery cutoff date be continued from January 11, 2021 to February 22, 2021, and that all other dates in the Pretrial Scheduling Order (ECF No. 19) remain the same pending the Court's decision on Defendant's motion to vacate the trial date and stay the civil proceeding.

Stipulated by Defendant CITY AND COUNTY OF SAN FRANCISCO.

Dated: December 18, 2020

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        RAYMOND R. ROLLAN
        Deputy City Attorney

        By: */s/ Raymond R. Rollan*
        RAYMOND R. ROLLAN

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

1  Stipulated by Plaintiff DACARI SPIERS.

2  Dated:  December 18, 2020

3                                J. Davis Law Firm, PLLC

By: */s/ Jamir Davis*
    JAMIR DAVIS

Attorneys for Plaintiff
DACARI SPIERS

Dated:  December 18, 2020

                             SEVILLE BRIGGS, LLP

By: */s/ Curtis L. Briggs*
    MICHAEL R. SEVILLE
    CURTIS L. BRIGGS

Attorneys for Plaintiff
DACARI SPIERS