DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3888
Facsimile:       (415) 554-3837
E-Mail:           raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 20-CV-01357-JSC<br><br>**[PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE** |

## [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE

IT IS HEREBY ORDERED that the fact discovery cutoff date be extended from January 11, 2021 to February 22, 2021.

Dated: _____

_____
Magistrate Judge Jacqueline Scott Corley