**Rollan, Raymond (CAT)** <Raymond.Rollan@sfcityatty.org>                    Thu, Sep 10, 2020 at 9:55 PM
To: Jamir Davis <jdavislawky@gmail.com>
Cc: Michael Seville <michael@sevillebriggs.com>, Curtis Briggs <curtis@sevillebriggs.com>

Counsel,

I am writing this message to respectfully request additional time to respond to your discovery requests, which are currently due on September 14, 2020. As you are aware, I serve as lead counsel in an SF civil jury trial in San Francisco Superior Court that commenced on August 31, 2020. We are still in trial and that has taken much, if not all of my time. As such, I would like to request a two-week extension, or September 28, 2020 to provide CCSF's responses.

Thank you for your professional courtesy,

**Raymond R. Rollan**

Deputy City Attorney

Office of City Attorney Dennis Herrera

(415) 554-3888 Direct

www.sfcityattorney.org

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. It you are not the intended recipient, please contact the sender and destroy all copies of the communication.