

November 3, 2020

**VIA EMAIL**

Raymond.Rollan@sfcityatty.org

**RE: RESPONSES TO INTEROGATORIES AND REQUESTS OF PRODUCTION- SPIERS v. CCSF**

Counsel,

Thank you for taking the time to meet and confer today regarding our concerns with your responses to our discovery requests and other matters. Per our conversation I wanted to provide you with a reminder that we still have not received the SFMTA video and documents, recorded interviews and other materials that were gathered by the San Francisco District Attorney's Office on the early morning of October 7, 2019. If the abovementioned items are not provided Plaintiff will be seeking leave to amend his complaint to include additional causes of action.

Below I have provided more detailed requests concerning our interrogatories and requests for production to help you pinpoint the documents, evidence and responses we are interested in gathering. It is agreed that we will allow for you to submit these items by November 16, 2020 and that you understand that we will not amend our complaint to name individual defendants until we have had adequate time to review the documentation and materials submitted.

**Request for Production NO. 1**
Any and all documents or ESI exchanged or otherwise transmitted between and among Defendants' agents, representatives, or attorneys directly related to the October 6, 2019 incident giving rise to the Complaint. If a portion of this request includes any information which is Defendants believe are protected by attorney/client privilege or work product for the time being, **please excluded such**.

**Plaintiff is particularly interested in all text messages, voicemails, emails or other messages sent on personal phones or SFPD issued phones or other devices.**

**Request for Production NO.2**
Any and all documents or records of oral communications between and among Defendants

agents, representatives, or attorneys directly related to the October 6, 2019 incident giving rise to the Complaint.

**Plaintiff is particularly interested in all phone conversations on department issued phones or personal phones and in person conversations, including those that were muted on police body worn cameras.**

**Request for Production NO.3**
Any and all communications between Defendant City and County of San Francisco and any officer who responded to the incident, may be called as a witness, or was otherwise involved with the incident giving rise to this Complaint, regarding his/her employment status at the County including hiring and termination notices, performance reviews, annual evaluations, training records, and any rebuttals or comments, either written or otherwise, that may have attached or included.

This includes: SFPD Officer Cuauhtemoc Martinez, Star #1023; SFPD Officer Terrance Stangel, Star #323; SFPD Officer Joshua Cabillo, Star #1014; SFPD Sergeant Bryan Neuerburg, Star #2732; SFPD Sergeant Maria Ciriaco, Star #482; SFPD Lieutenant Stephen Jonas, Star #79; SFPD Officer Curtis Clinton, Star #2710; SFPD Officer Juan Lara, Star #1582; SFPD Officer Ari Zuckerman, Star #2068; SFPD Sergeant Gonee Sepulveda, Star #1244; SFPD Kyle Simmons,
#438; SFPD Sergeant Brendan O'Connor, Star #435; SFPD Sergeant Leo Bernstein, Star #2304; SFPD Lieutenant Pilar Torres, Star #597; SFPD Sergeant Carmen Batan, Star #1607; SFPD Sergeant Aaron Foltz, Star #1971; SFPD Officer Alexander Lentz, Star #2338; SFPD Officer Brent Bradford, Star #4199; SFPD Officer Brandon Harris, Star #2426; SFPD Officer John Gardner, Star #671; SFPD Officer James Hallisy, Star #1096; San Francisco District Attorney Inspector Hyashi, Star #111; San Francisco Assistant District Attorney Hans Moore SFPD Officers Prasadi, Star #367.
;.

**Plaintiff requests any records of discipline, including suspension, termination, or performance concerns.**

**Request for Production NO.7**
Any and all misconduct allegations, either written or oral, either formal or informal, that have been made against any of the responding officers to the incident on October 6, 2019 which gave rise to this Complaint. This request includes, but is not limited to, all of the information generally required to be disclosed pursuant to a Pitchess Motion or a Freedom of information Act request under SB 1421.

This includes: SFPD Officer Cuauhtemoc Martinez, Star #1023; SFPD Officer Terrance Stangel, Star #323; SFPD Officer Joshua Cabillo, Star #1014; SFPD Sergeant Bryan Neuerburg, Star #2732; SFPD Sergeant Maria Ciriaco, Star #482; SFPD Lieutenant Stephen Jonas, Star #79; SFPD Officer Curtis Clinton, Star #2710; SFPD Officer Juan Lara, Star #1582; SFPD Officer Ari Zuckerman, Star #2068. SFPD Sergeant Gonee Sepulveda, Star #1244; SFPD Kyle Simmons,
#438; SFPD Sergeant Brendan O'Connor, Star #435; SFPD Sergeant Leo Bernstein, Star #2304; SFPD Lieutenant Pilar Torres, Star #597; SFPD Sergeant Carmen Batan, Star #1607; SFPD Sergeant Aaron Foltz, Star #1971; SFPD Officer Alexander Lentz, Star #2338; SFPD Officer Brent Bradford, Star #4199; SFPD Officer Brandon Harris, Star #2426; SFPD Officer John Gardner, Star #671; SFPD Officer James Hallisy, Star #1096; San Francisco District Attorney Inspector Hyashi, Star #111; San Francisco Assistant District Attorney Hans Moore; SFPD Officers Prasadi, Star #367.
.

**Request for Production NO.12**
Any and all video and audio of the incident on October 6, 2019, including any Body Worn Camera footage, Dashcam footage, 911 calls, or similar video and/or audio recording systems either directly controlled by the San Francisco Police Department, or any other public or private footage which the City and County of San Francisco currently possesses. This request includes but is not limited to any Municipal Transportation Agency, Department of Public Work, San Francisco Fire Department, Department of Emergency Management, and any other public agency or private entity which may have relevant and material video or audio of the October 6, 2019 incident.

**We are specifically looking for the SFMTA video and any footage that was already provided by the City Attorney but was muted or edited. (SFMTA Video has still not been provided per our initial subpoena)**

**Interrogatory NO.2**
All the officers below are included in the request. Day of the incident includes October 6, 2020, October 7. 2020 and October 9, 2020. Day of the incident also incudes dates when the protective order was drafted and submitted the Superior Court.

This includes: SFPD Officer Cuauhtemoc Martinez, Star #1023; SFPD Officer Terrance Stangel, Star #323; SFPD Officer Joshua Cabillo, Star #1014; SFPD Sergeant Bryan Neuerburg, Star #2732; SFPD Sergeant Maria Ciriaco, Star #482; SFPD Lieutenant Stephen Jonas, Star #79; SFPD Officer Curtis Clinton, Star #2710; SFPD Officer Juan Lara, Star #1582; SFPD Officer Ari Zuckerman, Star #2068; SFPD Sergeant Gonee Sepulveda, Star #1244; SFPD Kyle Simmons,
#438; SFPD Sergeant Brendan O'Connor, Star #435; SFPD Sergeant Leo Bernstein, Star #2304; SFPD Lieutenant Pilar Torres, Star #597; SFPD Sergeant Carmen Batan, Star #1607; SFPD Sergeant Aaron Foltz, Star #1971; SFPD Officer Alexander Lentz, Star #2338; SFPD Officer Brent Bradford, Star #4199; SFPD Officer Brandon Harris, Star #2426; SFPD Officer John Gardner, Star #671; SFPD Officer James Hallisy, Star #1096; San Francisco District Attorney Inspector Hyashi, Star #111; San Francisco Assistant District Attorney Hans Moore; SFPD Officers Prasadi, Star #367.

**Interrogatory NO.3**
All the officers below are in the request. Day of the incident includes October 6, 2020, October 7. 2020 and October 9, 2020. Day of the incident also incudes dates when the protective order was drafted and submitted the Superior Court.

This includes: SFPD Officer Cuauhtemoc Martinez, Star #1023; SFPD Officer Terrance Stangel, Star #323; SFPD Officer Joshua Cabillo, Star #1014; SFPD Sergeant Bryan Neuerburg, Star #2732; SFPD Sergeant Maria Ciriaco, Star #482; SFPD Lieutenant Stephen Jonas, Star #79; SFPD Officer Curtis Clinton, Star #2710; SFPD Officer Juan Lara, Star #1582; SFPD Officer Ari Zuckerman, Star #2068; SFPD Sergeant Gonee Sepulveda, Star #1244; SFPD Kyle Simmons,
#438; SFPD Sergeant Brendan O'Connor, Star #435; SFPD Sergeant Leo Bernstein, Star #2304; SFPD Lieutenant Pilar Torres, Star #597; SFPD Sergeant Carmen Batan, Star #1607; SFPD Sergeant Aaron Foltz, Star #1971; SFPD Officer Alexander Lentz, Star #2338; SFPD Officer Brent Bradford, Star #4199; SFPD Officer Brandon Harris, Star #2426; SFPD Officer John Gardner, Star #671; SFPD Officer James Hallisy, Star #1096; San Francisco District Attorney Inspector Hyashi, Star #111; San Francisco Assistant District Attorney Hans Moore: SFPD Officers Prasadi, Star #367.
.
**Interrogatory NO. 4**
Please name any custodian of record at SFPD who may have had access to any of the evidence related to this matter. Plaintiff specifically wants to know who has access and or control over text, email messages,

or other communications between officers, body worn camera footage, and any evidence collected by the San Francisco District Attorney's Office.

    Sincerely,

    /s/Jamir Davis
    P.O. Box 122123
    Covington, KY 41011
    (859) 750-5033
    Jdavislawky@gmail.com