DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3888
Facsimile:   (415) 554-3837
E-Mail:      raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACARI SPIERS, | Case No. 20-CV-01357-JSC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE, | |
| Defendants. | |

# [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE

IT IS HEREBY ORDERED that the fact discovery cutoff date be extended from January 11, 2021 to February 22, 2021.

Dated: December 23, 2020

_____
Magistrate Judge Jacqueline Scott Corley