DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3888
Facsimile:      (415) 554-3837
E-Mail:           raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE,<br><br>    Defendants. | Case No. 20-CV-01357-JSC<br><br>**DECLARATION IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SET ASIDE OR DENY PLAINTIFF'S MOTION TO COMPEL** |

**DECLARATION OF RAYMOND R. ROLLAN**

I, Raymond R. Rollan, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco ("Defendant"). I am the Deputy City Attorney assigned to the above-captioned matter. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. On December 30, 2020, I sent e-mail correspondence to Plaintiff's counsel informing them of the Court's Standing Order requiring that the parties prepare a joint discovery letter brief should a discovery dispute arise. In that correspondence, I stated that should Plaintiff decide to withdraw his pending motion to compel, Defendant will meet and confer regarding the submission of a joint discovery letter brief. As of the filing of this administrative motion, Defendant has not received a response. Attached as Exhibit A is a true and correct copy of the December 30, 2020 correspondence to Plaintiff's counsel.

I declare under penalty of perjury of the laws of California that the aforementioned is true and correct.

Executed at San Francisco, California on this 30th day of December, 2020.

                                              *Raymond R. Rollan*
                                              RAYMOND R. ROLLAN