# EXHIBIT A

| | |
|---|---|
| **From:** | Rollan, Raymond (CAT) |
| **To:** | "Jamir Davis"; Michael Seville; Curtis Briggs |
| **Subject:** | Spiers v. CCSF |
| **Date:** | Wednesday, December 30, 2020 12:33:01 PM |
| **Attachments:** | JSC_Civil_Standing_Order_08-12-2020-1.pdf |

Counsel,

This message is to request that you withdraw your pending motion to compel as it does not comply with Judge Corley's Standing Order regarding discovery disputes (attached). Pursuant to pages 4-5 of the operative Standing Order:

If the parties are unable to resolve their dispute informally after a good faith effort, **including meet and confer efforts conducted by lead counsel**, the parties have two options:

> 1) If the dispute is straightforward, or the parties believe some initial informal guidance from the Court may help the parties resolve their dispute without the need for briefing, the parties may contact Judge Corley's Courtroom Deputy, Ada Means at (415) 522-2015 to arrange a telephonic conference with Judge Corley
> 2) For more complex disputes, the parties shall prepare a joint statement of not more than five pages (12-point or greater font) stating the nature and status of the dispute and attesting to their good faith meet and confer efforts. Issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and provide each party's final proposed compromise before addressing the next issue. It is preferable that the parties file a separate letter for each dispute. Where necessary, the parties may submit supporting declarations and documentation of up to 12 pages. Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.
>
> The parties are strongly encouraged to submit a joint statement, but in the rare instances when a joint statement is not possible, each side may submit a statement of not more than two pages (12-point font or greater).
>
> - The joint statement or individual statements shall be e-filed (unless the case is exempt from e-filing requirements) and chambers copies submitted as required herein. Whether joint or individual, the statement must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."
>
> Upon review of the parties' submission[s], the Court will advise the parties of how the Court intends to proceed. The Court may issue a ruling or schedule a telephone conference or in person conference with the parties, and at such conference may issue rulings, order more formal briefing, or set further hearing dates. The Court may also order the parties to come to the courthouse to meet and confer in good faith.

Please let me know how you would like to proceed. If you are willing to withdrawing your motion, we can schedule a time to meet and confer regarding a joint discovery letter brief. If I do not hear from you, I intend to file an administration motion to notify the Court of this deficiency.

Thank you,


**Raymond R. Rollan**
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3888 Direct
www.sfcityattorney.org

CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. It you are not the intended recipient, please contact the sender and destroy all copies of the communication.