DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3888
Facsimile:     (415) 554-3837
E-Mail:        raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACARI SPIERS, | Case No. 20-CV-01357-JSC |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SET ASIDE OR DENY PLAINTIFF'S MOTION TO COMPEL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE, | |
| Defendants. | |

**[PROPOSED] ORDER SETTING ASIDE OR DENYING PLAINTIFF'S MOTION TO COMPEL**

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (Dkt. No. 41) is set aside or denied, without prejudice.

Dated:

_____
Magistrate Judge Jacqueline Scott Corley