UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS<br><br>        Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50 individually and in official capacities as police officers for the City and County of San Francisco, inclusive.<br><br><br>        Defendant. | CASE NO: 3:20-cv-01357-JSC<br><br><br><br><br><br><br><br>**[PROPOSED] ORDER FOR ATTORNEY'S FEES** |

\*\*\*   \*\*\*\*\*   \*\*\*

### ORDER GRANTING ATTORNEY'S FEES

Motion having been made by Counsel, and the Court being sufficiently advised; IT IS HEREBY ORDERED that Plaintiff's motion to for attorney's fees has been granted.

_____
JUDGE

_____
DATE

TENDERED BY:

/s/Jamir Davis _____
JAMIR DAVIS

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I filed a true and correct copy of the foregoing document electronically using the Courts ECF system, which will serve an electronic copy on the following counsels of record at their registered ECF electronic mail address:

Raymond R. Rollan
Raymond.Rollan@sfcityatty.org
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3888 Direct
www.sfcityattorney.org

                                             /s/Jamir Davis
                                             JAMIR DAVIS
                                             Counsel for Plaintiff