UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DACARI SPIERS )
)
) CASE NO: 3:20-cv-01357-JSC
)
      Plaintiff, )
 v. )
)
CITY AND COUNTY OF SAN FRANCISCO;
and DOES 1-50 individually and in official
capacities as police officers for the City and
County of San Francisco, inclusive.

**[PROPOSED] ORDER FOR
REMOVAL OF CONFIDENTIAL
DESIGNATION ON BODY
WORN CAMERA FOOTAGE**

      Defendant.

*** ***** ***

## ORDER GRANTING REMOVLA OF CONFIDENTIAL DESIGNATION

      Motion having been made by Counsel, and the Court being sufficiently advised; IT IS
HEREBY ORDERED that Plaintiff's motion to for removal of confidential designation on all
Body Worn Camera footage has been granted.

_____
JUDGE

_____
DATE

TENDERED BY:

/s/Jamir Davis _____
JAMIR DAVIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2020, I filed a true and correct copy of the foregoing document electronically using the Courts ECF system, which will serve an electronic copy on the following counsels of record at their registered ECF electronic mail address:

Raymond R. Rollan
Raymond.Rollan@sfcityatty.org
Deputy City Attorney
Office of City Attorney Dennis Herrera
(415) 554-3888 Direct
www.sfcityattorney.org

_____/s/Jamir Davis_____
JAMIR DAVIS
Counsel for Plaintiff