UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 20-cv-01357-JSC<br><br>**ORDER DISMISSING MOTION TO COMPEL**<br><br>Re: Dkt. No. 41 |

Plaintiff has filed a noticed motion to compel. (Dtk. No. 41.) The motion does not comport with the Court's Civil Standing Order which requires submission of a discovery dispute joint letter following unsuccessful meet and confer efforts. Accordingly, the motion to compel is dismissed without prejudice.

This Order disposes of Docket Nos. 41, 45.

**IT IS SO ORDERED.**

Dated: January 4, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge