1

2

3

4                      UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    DACARI SPIERS,                          Case No. 20-cv-01357-JSC

8              Plaintiff,

9         v.                                 **ORDER VACATING TRIAL DATE**
                                             **AND STAYING CASE ONLY IN PART**
10   CITY AND COUNTY OF SAN                   Re: Dkt. No. 39
     FRANCISCO,

11             Defendant.

12   BREONNA RICHARD,                        Case No. 20-cv-04276-JSC

13             Plaintiff,

14        v.

15   CITY AND COUNTY OF SAN
     FRANCISCO,

16   Defendant.

17

18

19        Now pending before the Court is Defendant's motion to vacate the trial date in these

20   related police misconduct cases and for a stay of all proceedings.  For the reasons stated on the

21   record at the February 4, 2021 hearing, the trial date in both related actions is vacated and the

22   cases are stayed as to Officer Stangel.  In all other respects the motion to stay is denied.  In

23   addition, Plaintiffs may name Officer Stengel as a defendant, but he is not obligated to answer the

24   amended complaint until further order of the Court.

25        The Court will hold a further case management conference in these related actions on May

26   20, 2021 at 1:30 p.m. via Zoom video.

27   //

28   //

United States District Court
Northern District of California

1      This Order disposes of Docket No. 39.

2      **IT IS SO ORDERED.**

3   Dated: February 4, 2021

4

5      _____
       JACQUELINE SCOTT CORLEY

6      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California