DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3888
Facsimile:     (415) 554-3837
E-Mail:        raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACARI SPIERS,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE,<br><br>       Defendants. | Case No. 20-CV-01357-JSC<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUTOFF DATE** |

   WHEREAS Plaintiff DACARI SPIERS ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), through their respective counsel have met and conferred;

   WHEREAS, the parties need additional time to complete discovery, including production of records pertaining to twenty-four (24) San Francisco Police Department Officers, production of a District Attorney's Office file, production of audio recordings of witness interviews, production of

Body Worn Camera footage, production of photos, conducting depositions, and resolving discovery related disputes;

WHEREAS, on December 14, 2020, the District Attorney's Office filed criminal charges against San Francisco Department Police Officer Terrance Stangel;

WHEREAS, on December 17, 2020, Defendant filed a motion to vacate the trial date and stay the civil proceeding;

WHEREAS, the Court's Pretrial Scheduling Order (ECF No. 19) sets January 11, 2021 as the fact discovery cutoff date;

WHEREAS. the hearing on the motion to vacate trial date and stay the civil proceeding is set for January 21, 2021, past the January 11, 2021 fact discovery cutoff date;

WHEREAS, on December 22, 2020, the parties filed a stipulation to extend fact discovery cutoff dates (ECF No. 40), from January 11, 2021 to February 22, 2021, which the Court granted on December 23, 2020 (ECF No. 42).

WHEREAS, the parties need additional time to complete discovery following the Court's Orders on Defendants' Motion to Vacate and Stay the Proceedings (ECF No. 54), and Plaintiff's Motion to Challenge Confidentiality (ECF No. 55).

WHEREAS, lead counsel for Defendants, Raymond R. Rollan, has been assigned to serve as co-counsel in *Maurice Caldwell v. City and County of San Francisco*, Case No. 12-cv-1892 DMR, set for jury trial in the Northern District on April 15, 2021. Due to COVID-19's impact on the Court's operations, the trial date remains fluid pending availability of a court room. The parties in the *Caldwell* case anticipate the trial to last at least six weeks;

WHEREAS, the parties met and conferred regarding the above and agree that a five-month continuance of the fact discovery cutoff date is necessary to allow the parties to dutifully and thoroughly meet fact discovery deadlines.  The parties also agree that this request is reasonable given that the trial date has been vacated pending the resolution of Officer Stangel's parallel criminal proceeding;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their attorneys of record, that the fact discovery cutoff date be continued from February 22, 2021 to July 23,

2021, and that all other dates in the Pretrial Scheduling Order (ECF No. 19) be vacated, pending the resolution of the parallel criminal proceeding and setting a new trial date in this matter, consistent with the Court's Order Vacating Trial Date and Staying Case in Part (ECF No. 54).

Stipulated by Defendant CITY AND COUNTY OF SAN FRANCISCO.

Dated: February 22, 2021

                              DENNIS J. HERRERA
                              City Attorney
                              MEREDITH B. OSBORN
                              Chief Trial Deputy
                              RAYMOND R. ROLLAN
                              Deputy City Attorney

                          By: */s/ Raymond R. Rollan*
                              RAYMOND R. ROLLAN

                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO

Stipulated by Plaintiff DACARI SPIERS.

Dated: February 22, 2021

                              J. Davis Law Firm, PLLC

                          By: */s/ Jamir Davis*
                              JAMIR DAVIS

                              Attorneys for Plaintiff
                              DACARI SPIERS

Dated: February 22, 2021

                              SEVILLE BRIGGS, LLP

                          By: */s/ Michael Seville*
                              MICHAEL R. SEVILLE
                              CURTIS L. BRIGGS

                              Attorneys for Plaintiff
                              DACARI SPIERS