DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3888
Facsimile:     (415) 554-3837
E-Mail:         raymond.rollan@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DACARI SPIERS, | Case No. 20-CV-01357-JSC |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; AND DOES 1-50 INDIVIDUALLY AND IN OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY AND COUNTY OF SAN FRANCISCO, INCLUSIVE, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 20-CV-01357-JSC

1

n:\lit\li2020\200798\01515002.docx

## [PROPOSED] ORDER EXTENDING FACT DISCOVERY CUTOFF DATE

IT IS HEREBY ORDERED that the fact discovery cutoff date be extended from February 22, 2021 to July 23, 2021, and that all other dates identified in the Pretrial Scheduling Order (ECF No. 19) be vacated, pending the resolution of the parallel criminal proceeding and setting a new trial date in this matter.

Dated: _____

_____
Magistrate Judge Jacqueline Scott Corley