1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RAYMOND R. ROLLAN, State Bar #304548
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3888
6  Facsimile:    (415) 554-3837
   E-Mail:       raymond.rollan@sfcityatty.org
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9
10
11              UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA

13  DACARI SPIERS,                          Case No. 20-CV-01357-JSC

14         Plaintiffs,                      **STIPULATION TO EXTEND FACT
                                            DISCOVERY CUTOFF DATE**
15         vs.

16  CITY AND COUNTY OF SAN
    FRANCISCO; AND DOES 1-50
17  INDIVIDUALLY AND IN OFFICIAL
    CAPACITIES AS POLICE OFFICERS FOR
18  THE CITY AND COUNTY OF SAN
    FRANCISCO, INCLUSIVE,
19
           Defendants.
20

21

22

23         WHEREAS Plaintiff DACARI SPIERS ("Plaintiff") and Defendant CITY AND COUNTY OF

24  SAN FRANCISCO ("Defendant"), through their respective counsel have met and conferred;

25         WHEREAS, the parties need additional time to complete discovery, including production of

26  records pertaining to twenty-four (24) San Francisco Police Department Officers, production of a

27  District Attorney's Office file, production of audio recordings of witness interviews, production of

28

Body Worn Camera footage, production of photos, conducting depositions, and resolving discovery related disputes;

WHEREAS, on December 14, 2020, the District Attorney's Office filed criminal charges against San Francisco Department Police Officer Terrance Stangel;

WHEREAS, on December 17, 2020, Defendant filed a motion to vacate the trial date and stay the civil proceeding;

WHEREAS, the Court's Pretrial Scheduling Order (ECF No. 19) sets January 11, 2021 as the fact discovery cutoff date;

WHEREAS. the hearing on the motion to vacate trial date and stay the civil proceeding is set for January 21, 2021, past the January 11, 2021 fact discovery cutoff date;

WHEREAS, on December 22, 2020, the parties filed a stipulation to extend fact discovery cutoff dates (ECF No. 40), from January 11, 2021 to February 22, 2021, which the Court granted on December 23, 2020 (ECF No. 42).

WHEREAS, the parties need additional time to complete discovery following the Court's Orders on Defendants' Motion to Vacate and Stay the Proceedings (ECF No. 54), and Plaintiff's Motion to Challenge Confidentiality (ECF No. 55).

WHEREAS, lead counsel for Defendants, Raymond R. Rollan, has been assigned to serve as co-counsel in *Maurice Caldwell v. City and County of San Francisco*, Case No. 12-cv-1892 DMR, set for jury trial in the Northern District on April 15, 2021. Due to COVID-19's impact on the Court's operations, the trial date remains fluid pending availability of a court room. The parties in the *Caldwell* case anticipate the trial to last at least six weeks;

WHEREAS, the parties met and conferred regarding the above and agree that a five-month continuance of the fact discovery cutoff date is necessary to allow the parties to dutifully and thoroughly meet fact discovery deadlines.  The parties also agree that this request is reasonable given that the trial date has been vacated pending the resolution of Officer Stangel's parallel criminal proceeding;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and through their attorneys of record, that the fact discovery cutoff date be continued from February 22, 2021 to July 23,

1   2021, and that all other dates in the Pretrial Scheduling Order (ECF No. 19) be vacated, pending the

2   resolution of the parallel criminal proceeding and setting a new trial date in this matter, consistent with

3   the Court's Order Vacating Trial Date and Staying Case in Part (ECF No. 54).

4           Stipulated by Defendant CITY AND COUNTY OF SAN FRANCISCO.

5

6   Dated: February 22, 2021

7                                           DENNIS J. HERRERA
                                            City Attorney
8                                           MEREDITH B. OSBORN
                                            Chief Trial Deputy
9                                           RAYMOND R. ROLLAN
                                            Deputy City Attorney
10

11                                  By: /s/ Raymond R. Rollan
                                            RAYMOND R. ROLLAN
12
                                            Attorneys for Defendant
13                                          CITY AND COUNTY OF SAN FRANCISCO

14
            Stipulated by Plaintiff DACARI SPIERS.
15
    Dated:  February 22, 2021
16
                                            J. Davis Law Firm, PLLC
17

18                                  By: /s/ Jamir Davis
                                            JAMIR DAVIS
19
                                            Attorneys for Plaintiff
20                                          DACARI SPIERS

21
    Dated:  February 22, 2021
22
                                            SEVILLE BRIGGS, LLP
23

24                                  By: /s/ Michael Seville
                                            MICHAEL R. SEVILLE
25                                          CURTIS L. BRIGGS

26                                          Attorneys for Plaintiff
                                            DACARI SPIERS
27

28

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RAYMOND R. ROLLAN, State Bar #304548
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3888
6  Facsimile:    (415) 554-3837
   E-Mail:        raymond.rollan@sfcityatty.org
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9
10
11                 UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13  DACARI SPIERS,                    Case No. 20-CV-01357-JSC

14        Plaintiffs,                 [~~PROPOSED~~] ORDER EXTENDING FACT
                                      DISCOVERY CUTOFF DATE
15        vs.

16  CITY AND COUNTY OF SAN
    FRANCISCO; AND DOES 1-50
17  INDIVIDUALLY AND IN OFFICIAL
    CAPACITIES AS POLICE OFFICERS FOR
18  THE CITY AND COUNTY OF SAN
    FRANCISCO, INCLUSIVE,
19
          Defendants.
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER                    1                    n:\lit\li2020\200798\01515002.docx
CASE NO. 20-CV-01357-JSC

**[PROPOSED]** ORDER EXTENDING FACT DISCOVERY CUTOFF DATE

IT IS HEREBY ORDERED that the fact discovery cutoff date be extended from February 22, 2021 to July 23, 2021, and that all other dates identified in the Pretrial Scheduling Order (ECF No. 19) be vacated, pending the resolution of the parallel criminal proceeding and setting a new trial date in this matter.

Dated:  February 23, 2021



Magistrate Judge Jacqueline Scott Corley